UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LEXISNEXIS RISK SOLUTIONS,<br><br>    Defendant. | CASE NO. 3:23-CV-05615-RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Christopher C. Johnson has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.

(2) The Clerk of the Court is directed to send a copy of this Order to Plaintiff's counsel and to the Honorable Richard A. Jones.

Dated this 13th day of July, 2023.

*[signature]*

David W. Christel
Chief United States Magistrate Judge