AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| CHRISTOPHER C. JOHNSON | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:23-CV-05615-RAJ |
| LEXISNEXIS RISK SOLUTIONS | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   CT Corporation System (registered Agent)
C/O LEXISNEXIS RISK SOLUTIONS
711 Capital Way S STE 204
Olympia, WA 98501-1267

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHRISTOPHER C. JOHNSON
5613 121ST STREET COURT E #1
PUYALLUP, WA 98373

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/11/2023

*Signature of Clerk or Deputy Clerk*