UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **CHRISTOPHER C. JOHNSON,** | Case No.: 3:23-cv-05615-TMC |
| Plaintiff, | |
| | JUDGE: Hon. Tiffany M. Cartwright |
| v. | |
| **LEXIS NEXIS RISK SOLUTIONS** | **MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LEXISNEXIS RISK SOLUTIONS** |
| Defendant. | |

## APPLICATION FOR ENTRY OF DEFAULT AND SUPPORTING AFFIDAVIT

COMES NOW the Plaintiff Christopher C. Johnson, requests the Clerk, pursuant to Fed. R. Civ. P. 55(a), to enter default against Defendant LexisNexis Risk Solutions for failure to plead, answer or otherwise defend as set forth in the Affidavit attached hereto.

Dated: September 09, 2023

Respectfully submitted,
By: s/ Christopher C Johnson Pro se
5613 121st Street Court E#1
Puyallup, WA 98373
206-331-2202
Cejay80@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF. I also mailed a copy to LEXISNEXIS RISK SOLUTIONS registered agent on file with the Washington Secretary of State C T CORPORATION SYSTEM, 711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES.

Respectfully submitted,

Dated: September 09, 2023

s/ Christopher C. Johnson  
Christopher C. Johnson *Pro Se*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **CHRISTOPHER C. JOHNSON,** | ) Case No.: 3:23-cv-05615-TMC |
| Plaintiff, | ) |
| v. | ) JUDGE: Hon. Tiffany M. Cartwright |
| **LEXIS NEXIS RISK SOLUTIONS** | ) **MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LEXISNEXIS RISK SOLUTIONS** |
| Defendant. | ) |

### AFFIRMATION OF CHRISTOPHER C. JOHNSON

I, CHRISTOPHER C. JOHNSON affirm under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. I am the Plaintiff in the above-entitled action, and I am familiar with the file, records, and pleadings in this matter.

2. The Complaint in this action was filed by Plaintiff on July 13, 2023. Dkt. #5

3. The Summons in this action was issued on August 11, 2023. Dkt. #10

4. Defendant LexisNexis Risk Solutions was served copies of the Complaint and the Summons on August 17, 2023 received by their registered agent on file with the Washington Secretary of State C T CORPORATION SYSTEM, 711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES.

5. The Complaint and the Summons were served on LexisNexis Risk Solutions at its registered agent address pursuant to Fed. R. Civ. P. 4(c)(2). Dkt. #11

6. Defendant LEXISNEXIS RISK SOLUTIONS'S responsive pleading deadline was September 7th, 2023.

7. Defendant LEXISNEXIS RISK SOLUTIONS has not served its Answer or other responsive pleading upon Plaintiff and has made no entry of appearance in this matter.

8. Defendant LEXISNEXIS RISK SOLUTIONS is not a minor, is competent, and is not a member of the military on active service.

9. Plaintiff is entitled to an entry of Default against Defendant LEXIS NEXIS RISK SOLUTIONS.

Respectfully submitted,

Dated: September 09, 2023,    By: s/ Christopher C. Johnson
5613 121st Street Court E #1
Puyallup, WA 98373
(206) 331-2202
Cejay80@gmail.com