THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER C. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS INC., <br><br> Defendant. | Case No. 3:23-CV-05615-TMC <br><br> **NOTICE OF SETTLEMENT** <br><br> ***CLERK'S ACTION REQUIRED*** |

The parties to this lawsuit advise the court that they have reached a settlement of this dispute. The parties expect to file dismissal paperwork with the Court in the near future. The parties respectfully request that the Court strike the motion pending at docket 18, Plaintiff's Motion to Compel.

Undersigned counsel states that he sent a copy of this Notice of Settlement to Plaintiff via email and Plaintiff approved the filing of this notice via reply email.

//

//

NOTICE OF SETTLEMENT - 1
CASE NO. 3:23-CV-05615-TMC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

128991.0006/9529581.1

DATED: October 4, 2023

LANE POWELL PC

By: *s/ Abraham K. Lorber*
Abraham K. Lorber, WSBA No. 40668
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
lorbera@lanepowell.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

NOTICE OF SETTLEMENT - 2
CASE NO. 3:23-CV-05615-TMC

128991.0006/9529581.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107